29082. MADDOX *v.* THE STATE.

MacINTYRE, J. The record discloses that the evidence for the State, if credible, was sufficient to support the verdict. The jury being the judges of the weight of the evidence this court can not disturb the judgment refusing a new trial. The amendment to the motion for new trial, excepting to the admission of evidence, is not meritorious.

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED SEPTEMBER 12, 1941.

*O. N. Singleton, Joe Love,* for plaintiff in error.
*John A. Boykin,* solicitor-general, *Durwood T. Pye, Quincy O. Arnold, Tilden Brooks,* contra.